JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Soraya Turabaz<br><br>    Plaintiff,<br><br>v.<br><br>Ultramar Travel Management, Inc.<br><br>    Defendants. | Case No.  CV 15-00459-AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 14, 2015  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.